IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3015 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE BENITEZ-CEDILLO, | ) | ORDER ON ORAL MOTION TO |
| | ) | RESCHEDULE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

Counsel for the defendant, Jose Benitez-Cedillo, has orally requested that the sentencing hearing be expedited and with no objection from the government,

IT IS ORDERED that:

1. the oral motion to expedite the sentencing hearing is granted;

2. the sentencing hearing shall commence at 2:00 p.m. on March 14, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defendant shall be present for the heairng.

Dated March 10, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge